UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAY 29 2007
LAWRENCE K. BAERMAN, Clerk
UTICA

| | |
|---|---|
| JOHN LAMBRINOS and NORMAN LANDRY, | HON. DAVID N. HURD, U.S.D.J. <br> HON. RANDOLPH F. TREECE, U.S.M.J. |
| Plaintiffs, | |
| v. | Civil Action No. 00-CV-1734 (DNH)(RFT) |
| EXXON MOBIL CORPORATION and DONALD GAGNIER, | **PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT** |
| Defendants. | |

**WHEREAS**, on or about November 14, 2000, John Lambrinos ("Lambrinos") filed a Complaint initiating the above-captioned matter (the "Complaint"), which Complaint asserts six separate causes of action (the "Lambrinos Claims");

**WHEREAS**, on or about November 24, 2004, Exxon Mobil Corporation ("ExxonMobil") timely filed an amended Answer thereto (the "ExxonMobil Answer");

**WHEREAS**, Lambrinos and ExxonMobil have agreed to resolve the Lambrinos Claims as against ExxonMobil, pursuant to a separate written settlement agreement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for Lambrinos and ExxonMobil in the above-entitled action, that the Lambrinos Claims against ExxonMobil are hereby dismissed, with prejudice, subject to enforcement of the parties' written settlement agreement. However, nothing contained in this Partial Stipulation of Dismissal shall be deemed to constitute a dismissal of the Lambrinos Claims against Donald Gagnier, d/b/a Gagnier's Mobil Station and/or a dismissal of ExxonMobil's Cross-Claims against Donald Gagnier, d/b/a Gagnier's Mobil Station.

POKLEMBA & HOBBS, L.L.C.

By: _____
Gary C. Hobbs, Esq.
358 Broadway, Suite 307
Saratoga Springs, NY 12866
(518) 581-9797
Attorneys for Plaintiff,
John Lambrinos

MCCUSKER, ANSELMI, ROSEN,
CARVELLI & WALSH, P.C.

By: _____
Joseph T. Walsh, III, Esq.
156 W. 56th Street, Ste 1702
New York, NY 10019
(212) 308-0070
Attorneys for Defendant,
Exxon Mobil Corporation

So Ordered:

_____
DAVID N. HURD
United States District Judge

Dated: 5-29-07
       Utica, New York