UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN LAMBRINOS, and NORMAN LANDRY,

                             Plaintiffs,
                v.                                    1:00-CV-1734

EXXON MOBIL CORPORATION, and
DONALD GAGNIER,

                             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

POKLEMBA & HOBBS, L.L.C.             GARY C. HOBBS, ESQ.
Attorneys for Plaintiffs and Defendant Exxon
 Mobil Corporation
Suite 307
358 Broadway
Saratoga Springs, New York 12866

LIVINGSTON L. HATCH, ESQ.
Attorney for Defendant Gagnier
1790 Main Street
P.O. Box 345
Keeseville, New York 12944

DAVID N. HURD
United States District Judge

## **O R D E R**

      Pursuant to the oral decision of the Court entered into the record after hearing oral argument on June 29, 2007, in Utica, New York, it is hereby

      ORDERED that

      1.  The complaint is DISMISSED in its entirety; and

      2.  All cross-claims are DISMISSED in their entirety;

The Clerk of the Court is directed to enter judgment dismissing the complaint and all cross-claims in their entirety and to close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 29, 2007

Utica, New York.